IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENISE NIXON,                  :   Civil No. 3:22-cv-1999
                               :
    Plaintiff                  :   (Judge Mariani)
                               :
v.                             :
                               :
WENDY NICHOLAS, et al.,        :
                               :
    Defendants                 :

**ORDER**

**AND NOW**, this 25th day of April, 2023, upon consideration of Defendants' motion (Doc. 16), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 16) is treated as a motion for summary judgment with respect to exhaustion of administrative remedies and is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Wendy Nicholas, William Frantz, Mike Minniq, and E. Stevens, and against Plaintiff.

2. The motion (Doc. 16) to dismiss is **GRANTED** in all other respects.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                                           Robert D. Mariani
                                                                           United States District Judge